UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WEISBERG, | Case No.  21-cv-07422-EMC |
| Plaintiffs, | **ORDER GRANTING JOINT REQUEST TO VACATE ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | Docket No. 84, 77 |

## I.     DISCUSSION

A.     Stipulation and Joint Request of Vacatur

The parties filed cross-motions for summary judgment.  Docket No. 62 (Plaintiff's Motion for Summary Judgment); Docket No. 55 (Defendant's Motion for Summary Judgment). The Court granted Plaintiff's motion and denied Defendant's motion.  Docket No. 77.  Parties now request to vacate the Order granting Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment as part of the terms of their agreed upon settlement.  Docket No. 84.  The Court GRANTS the joint request to vacate solely because the settlement is conditional on vacatur, and not for the reasons related to the merits of the Court's decision.  The Court abides by its ruling on the merits.

B.     Request to File Under Seal Joint Request of Vacatur

Parties request to file under seal (i.e., redact) several lines within their joint request of vacatur.  These lines describe the reasons for vacating under the conditions of the settlement.  The Court PARTIALLY GRANTS this request in the interest of understanding the court and parties' reasoning for granting vacatur as a condition of the settlement agreement.

United States District Court
Northern District of California

1    Parties must refile the stipulation (Docket No. 84-3) publicly with only page 3, lines 4-12

2    redacted. Page 2, lines 4-7 must be publicly filed.

3    C.    The Order (Docket No. 77) remains under seal until vacatur.

4    The Court grants parties' request at the February 27, 2024 hearing that the Order Denying

5    Defendants' Motion for Summary Judgment and Granting Plaintiff's Motion for Summary

6    Judgment (Docket No. 77) remains under seal until vacatur.

7    D.    Stipulated Dismissal

8    Parties must file a joint stipulation of dismissal of the case within 30 days.

9

10   This Order vacates Docket No. 77 and disposes of Docket No. 84.

11   **IT IS SO ORDERED**.

12

13   Dated: March 13, 2024

14

15   _____

16   EDWARD M. CHEN
     United States District Judge

*(left margin, vertical text)* United States District Court / Northern District of California